1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Nikhil Aggarwal, | Case No.: 2:12-cv-09933-JEM |
| Plaintiff, | **ORDER** |
| vs. | |
| Regal Medical Group, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: June 26, 2013                    /s/John E. McDermott_____

                                                 Judge: Hon. John E. McDermott